IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) |
| v. | ) 09-0031-01-CR-W-FJG |
| Ryan S. Doerr, | ) |
|     Defendant. | ) |

## ORDER

On October 21, 2009, the government filed a motion for Court order for psychiatric examination of the defendant and subsequent hearing to determine mental competency (Doc. #53). A psychiatric evaluation was prepared by William S. Logan, M.D. It is the opinion of Dr. Logan that defendant is competent to understand the proceedings against him and to properly assist counsel in his own defense. During a hearing held before United States Magistrate John T. Maughmer on November 20, 2009, defendant and the government stipulated to Dr. Logan's opinion concerning defendant's competency to stand trial.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that government's motion for Court order for psychiatric examination of the defendant to determine mental competency is granted, the Report and Recommendation of United States Magistrate Judge John T. Maughmer (Doc. #66, filed November 23, 2009) is adopted in its entirety, and this Court finds that defendant is competent to understand the proceedings against him and to properly assist counsel in his own defense.

                                                               /s/Fernando J. Gaitan, Jr.
                                                              Fernando J. Gaitan, Jr.
                                                              Chief United States District Judge

Dated: 11/25/09
Kansas City, Missouri